```
                                        District Judge Robert S. Lasnik
                                        Magistrate Judge Mary Alice Theiler
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANNE MAIN (Agency #: A17-856-608),<br><br>           Petitioner,<br><br>       v.<br><br>NEIL CLARK, Field Director of Immigration and Customs Enforcement, MICHAEL MUKASEY, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of Department of Homeland Security,<br><br>           Respondents. | No. C07-2052-RSL<br><br>**JOINT STIPULATION OF DISMISSAL** |

The parties hereby stipulate and agree to a dismissal of all claims without prejudice, and without claim of either party to attorneys' fees or costs.

JOINT STIPULATION OF DISMISSAL – 1
(C07-2052-RSL)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 27th day of December, 2007.

| | |
|---|---|
| JEFFREY C. SULLIVAN<br>United States Attorney | LAW OFFICES OF BART KLEIN |
| /s/ Thomas M. Woods<br>THOMAS M. WOODS<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>E-mail: thomas.woods2@usdoj.gov<br>Attorneys for Respondents | /s/ Bart Klein<br>BART KLEIN<br>Law Offices of Bart Klein<br>605 First Avenue, Suite 500<br>Seattle, Washington 98104<br>Phone: 206-624-3787<br>Fax: 206-624-6371<br>Email: bart.klein@bartklein.com<br>Attorney for Petitioner |

**ORDER**

The parties having so stipulated, the above is **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record.

Dated this 4th day of January, 2008.

*[signature]*

Robert S. Lasnik
United States District Judge

Recommended for Entry

this 27th day of December, 2007.

s/ Mary Alice Theiler

United States Magistrate Judge

JOINT STIPULATION OF DISMISSAL – 2
(C07-2052-RSL)

1  Presented by:

2

3  /s/ Thomas M. Woods
   THOMAS M. WOODS
   Assistant United States Attorney
4  United States Attorney's Office
   700 Stewart Street, Suite 5220
5  Seattle, Washington 98101-1271
   Phone: 206-553-7970
6  Fax:   206-553-4073
   E-mail: thomas.woods2@usdoj.gov
7  Attorney for Respondents

8
   /s/ Bart Klein
9  BART KLEIN
   Law Offices of Bart Klein
10 605 First Avenue, Suite 500
   Seattle, Washington 98104
11 Phone: 206-624-3787
   Fax: 206-624-6371
12 Email: bart.klein@bartklein.com
   Attorney for Petitioner

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL – 3
(C07-2052-RSL)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970